THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD GRUBSTEIN, Appellant.

Submitted September 3, 2013; decided September 12, 2013

Motion for assignment of counsel granted and Richard L. Herzfeld, Esq., 104 West 40th Street, 20th Floor, New York, NY 10018 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN HEIDGEN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN McPHERSON, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TALIYAH TAYLOR, Appellant.

Submitted September 9, 2013; decided September 12, 2013

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN JENKINS, Appellant.

Submitted September 3, 2013; decided September 12, 2013

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.